ABR:2012R00298

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2017 JAN 31  PM 1: 23

CLERK'S OFFICE
AT BALTIMORE

| UNITED STATES OF AMERICA | | |
|---|---|---|
| | * | DEPUTY |
| v. | BY____ * | CRIMINAL NO. ELH-17-054 |
| | * | |
| JOHN DOE, | * | (Passport Fraud, 18 U.S.C. § 1542; |
| a/k/a "Cheyenne Moody Davis", | * | False Claim to United States |
| | * | Citizenship, 18 U.S.C. § 911; Aiding |
| Defendant. | * | and Abetting, 18 U.S.C. § 2) |
| | * | |
| | * | FILED UNDER SEAL |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Passport Fraud)

The Grand Jury for the District of Maryland charges that:

On or about February 22, 2011, in the District of Maryland, the defendant,

**JOHN DOE,**
**a/k/a "Cheyenne Moody Davis",**

willfully and knowingly made a false statement in an application for passport with intent to induce and secure for his own use and for the use of another the issuance of a passport under the authority of the United States, to wit, the defendant sent by U.S. mail a signed and completed Department of State Form DS-82, Application for a United States Passport by Mail, which contained the name, date of birth, social security number, place of birth of another individual.

18 U.S.C. § 1542
18 U.S.C. § 2

## COUNT TWO
(False Claim to U.S. Citizenship)

The Grand Jury for the District of Maryland further charges that:

From on or about July 31, 2013 through on or about the date of this Indictment, in the

District of Maryland, the defendant,

**JOHN DOE,**
**a/k/a "Cheyenne Moody Davis",**

falsely and willfully represented himself, an alien in the United States, to be a citizen of the United

States.

18 U.S.C. § 911
18 U.S.C. § 2

Rod Rosenstein /ABM

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

1 -31-17

Date

2