

AMT: 2012R00298

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 AUG 15  PM 3: 53

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | BY_____DEPUTY |
| v. | * | CRIMINAL NO. ELH-17-0054 |
| | * | |
| JOHN DOE, | * | (Passport Fraud, 18 U.S.C. § 1542 (First |
| a/k/a "Cheyenne Moody Davis", | * | Paragraph); False Claim to United States |
| | * | Citizenship, 18 U.S.C. § 911; Social |
| Defendant | * | Security Account Number Fraud, |
| | * | 42 U.S.C. § 408(a)(7)(B); Aggravated |
| | * | Identity Theft, 18 U.S.C. § 1028A; Voter |
| | * | Fraud, 52 U.S.C. § 10307(c); Aiding and |
| | * | Abetting, 18 U.S.C. § 2) |
| | * | |

******

## SUPERSEDING INDICTMENT

### COUNT ONE
(Passport Fraud)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times material to this Superseding Indictment:

1.     Defendant **JOHN DOE, a/k/a "Cheyenne Moody Davis",** was a resident of Maryland. **DOE's** true identity and nationality are not known to the Grand Jury.

2.     Cheyenne Moody Davis was a citizen of the United States, born in St. Thomas, U.S. Virgin Islands.

3.     Beginning at a time unknown, **DOE** has lived under the assumed identity of Cheyenne Moody Davis, fraudulently using Davis' personally identifiable information (PII) as his own.

### DOE's Use of Cheyenne Moody Davis' Identity

4.      On or about June 24, 1997, **DOE** obtained a Florida driver's license in the name of Cheyenne Moody Davis and containing Davis' PII.

5.      On or about September 25, 1998, in Maryland, **DOE** used Davis' PII to apply for a Maryland state identification card in the name of Cheyenne Moody Davis.

6.      On or about April 3, 2001, **DOE** applied for a U.S. passport in person at the U.S. Post Office in Columbia, Maryland, in the name of Cheyenne Moody Davis, using Davis' PII.   In support of the application, **DOE** provided a U.S. Virgin Islands birth certificate and a Maryland identification card, both in the name of Cheyenne Moody Davis.

7.      On or about February 22, 2011, **DOE** submitted by U.S. mail a signed and completed Department of State Form DS-82, Application for a United States Passport by Mail in the name of Cheyenne Moody Davis, using Davis' PII and with **DOE's** picture.

8.      On or about August 1, 2013, **DOE** registered to vote in Howard County, Maryland, under the name of Cheyenne Moody Davis, using Davis' PII.

9.      On or about May 26, 2013, **DOE** completed an Employment Eligibility Verification Form, U.S. Citizenship and Immigration Services Form I-9, in connection with beginning employment with Weis Markets. In completing the form, **DOE** falsely represented Cheyenne Moody Davis' PII as his own. In connection with the Form I-9, as verification of his employment eligibility, **DOE** falsely provided a Maryland driver's license and Social Security card in the name of Davis.

10.     On or about May 26, 2013, **DOE** completed an Employee's Withholding Allowance Certificate, IRS Form W-4, in which he provided Davis' PII, including Davis' Social Security number.

11. On or about July 31, 2913, in Maryland, **DOE** used Davis' PII to renew a Maryland driver's license in the name of Cheyenne Moody Davis.

12. On or about November 8, 2016, in Howard County, Maryland, **DOE** voted in the general election under the name of Cheyenne Moody Davis.

## The Charge

13. On or about February 22, 2011, in the District of Maryland, the defendant,

**JOHN DOE,**
**a/k/a "Cheyenne Moody Davis",**

willfully and knowingly made a false statement in an application for passport with intent to induce and secure for his own use and for the use of another the issuance of a passport under the authority of the United States, to wit, **DOE** sent by U.S. mail a signed and completed Department of State Form DS-82, Application for a United States Passport by Mail, which contained the name, date of birth, Social Security number, place of birth of Cheyenne Moody Davis.

18 U.S.C. § 1542 (First Paragraph)
18 U.S.C. § 2

## COUNT TWO
(False Claim to U.S. Citizenship)

The Grand Jury for the District of Maryland further charges that:

1.     The allegations of Paragraphs 1 through 12 of Count One are incorporated here by reference.

2.     From on or about July 31, 2013 through on or about the date of this Superseding Indictment, in the District of Maryland, and elsewhere, the defendant,

**JOHN DOE,**
**a/k/a "Cheyenne Moody Davis",**

falsely and willfully represented himself, an alien in the United States, to be a citizen of the United States.

18 U.S.C. § 911
18 U.S.C. § 2

## COUNT THREE
(Social Security Account Number Fraud)

The Grand Jury for the District of Maryland further charges that:

1.   The allegations of Paragraphs 1 through 12 of Count One are incorporated here by reference.

2.   On or about May 26, 2013, in the District of Maryland, and elsewhere, the defendant,

**JOHN DOE,**
**a/k/a "Cheyenne Moody Davis",**

for the purpose of obtaining something of value, and for any other purpose, and with the intent to deceive, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, to wit: the defendant falsely represented in a USCIS Form I-9 and an IRS Form W-4 that his Social Security number was the number assigned to Cheyenne Moody Davis.

42 U.S.C. § 408(a)(7)(B)
18 U.S.C. § 2

5

## COUNT FOUR
(Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.     The allegations of Paragraphs 1 through 12 of Count One are incorporated here by reference.

2.     On or about May 26, 2013, in the District of Maryland, and elsewhere, the defendant,

**JOHN DOE,**
**a/k/a "Cheyenne Moody Davis",**

knowingly transferred, possessed and used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c); that is, Social Security Account Number Fraud in violation of 42 U.S.C. § 408(a)(7)(B) as charged in Count Three of this Superseding Indictment and incorporated here.

18 U.S.C. § 1028A(a)
18 U.S.C. § 2

6

## COUNT FIVE
(Voter Fraud)

The Grand Jury for the District of Maryland further charges that:

1.     The allegations of Paragraphs 1 through 12 of Count One are incorporated here by reference.

2.     On or about August 1, 2013, in the District of Maryland, the defendant,

**JOHN DOE,**
**a/k/a "Cheyenne Moody Davis",**

knowingly and willfully gave false information as to his name for the purpose of establishing his eligibility to register to vote in general, special, and primary elections held solely and in part for the purpose of selecting and electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, and Member of the United States House of Representatives.

52 U.S.C. § 10307(c)
18 U.S.C. § 2

## COUNT SIX
(Voter Fraud)

The Grand Jury for the District of Maryland further charges that:

1.    The allegations of Paragraphs 1 through 12 of Count One are incorporated here by reference.

2.    On or about November 8, 2016, in the District of Maryland, the defendant,

**JOHN DOE,**
**a/k/a "Cheyenne Moody Davis",**

knowingly and willfully gave false information as to his name for the purpose of establishing his eligibility to vote in the 2016 general election held solely and in part for the purpose of selecting and electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, and Member of the United States House of Representatives.

52 U.S.C. § 10307(c)
18 U.S.C. § 2

Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

8-15-17
Date

8