IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :   Criminal No. 17-00054-ELH
     v.                       :
                              :
JOHN DOE a/k/a                :
CHEYENNE MOODY DAVIS,         :
                              :
          Defendant.          :   Baltimore, Maryland
                              :
- - - - - - - - - - - - - - - x   March 3, 2017


**ARRAIGNMENT ON INDICTMENT HEARING**


     BEFORE:   THE MAGISTRATE JUDGE A. DAVID COOPERTHITE

APPEARANCES:                  JOHN SIPPEL, Esq.
                              Office of the U.S. Attorney
                              36 S. Charles Street
                              Fourth Floor
                              Baltimore, Maryland  21201
                                On Behalf of the Government

                              DAVID J. WALSH-LITTLE, Esq.
                              Office of the Federal Public
                              Defender
                              100 S. Charles Street
                              Suite 900
                              Baltimore, Maryland  21201
                                On Behalf of the Defendant


Audio Operator:               Brandon Mottley

Transcription Company:        CompuScribe
                              5100 Forbes Boulevard
                              Suite 101
                              Lanham, Maryland  20706


Proceeding recorded by electronic sound recording,
transcript produced by transcription service.

km                                                                    2

P R O C E E D I N G S

(Whereupon, at 1:19 p.m., the proceedings began.)

THE COURT:  Ready?

MR. SIPPEL:  Good afternoon, Your Honor.  Calling the case of United States versus John Doe a/k/a Cheyenne Moody-Davis.  It is Criminal No. ELH-17-0054.  John Sippel on behalf of the United States.  Your Honor, the matter is before you for an Arraignment on an Indictment.

THE COURT:  Good afternoon, Mr. Sippel.  Mr. Walsh-Little.

MR. WALSH-LITTLE:  Good afternoon, Your Honor.  David Walsh-Little on behalf of the Defendant.  He is standing to my right.

THE COURT:  Good afternoon.  Good afternoon, sir.

THE DEFENDANT:  Good afternoon.

THE COURT:  We are here today for your Arraignment. This is the time where you formally enter a plea to the charges.

Have you received a copy of the charging documents, sir?

THE DEFENDANT:  Yes, Sir.

THE COURT:  And have you reviewed that charging document?

THE DEFENDANT:  Yes, Sir.

THE COURT:  And, Mr. Walsh-Little, do you waive a

formal reading of that document?

MR. WALSH-LITTLE:  Yes, Your Honor.

THE COURT:  Okay.  Then, sir, I am just going to ask you to answer the questions of the Courtroom Deputy.

THE DEPUTY:  Mr. Davis, what is your age?

THE DEFENDANT:  Forty-two.

THE DEPUTY:  The year of your birth.

THE DEFENDANT:  9/12/73.

THE DEPUTY:  You have received a copy of the Indictment from the U.S. Attorney's Office?

THE DEFENDANT:  Yes.

THE DEPUTY:  And you have read or had the substance of those charges explained to you?

THE DEFENDANT:  Yes.

THE DEPUTY:  And do you understand the charges placed against you in that Indictment?

THE DEFENDANT:  Yes.

THE DEPUTY:  You have been charged in Counts 1 and 2 of that Indictment.  How do you wish to plea at this time?

THE DEFENDANT:  Not guilty.

THE DEPUTY:  As to both counts?

THE DEFENDANT:  Yes.

THE DEPUTY:  Thank you.

THE DEFENDANT:  Okay.

THE COURT:  Okay.  Mr. Walsh-Little, do you reserve

a jury trial?

MR. WALSH-LITTLE:  Yes, Your Honor.

THE COURT:  All right.  Mr. Sippel, you have an estimated time for trial?

MR. SIPPEL:  Yes, Your Honor.  One week.

THE COURT:  Okay.  I have here a -- note from Judge Hollander, that Defense motions are due by March 24th, 2017. A telephone conference is to be initiated by the Government and be held on March 30th, 2017 at five p.m.

Okay.  Anything further we can do?

MR. WALSH-LITTLE:  Thank you.  No, Your Honor.

THE COURT:  Okay.  Great.  Thank you.

MR. SIPPEL:  No, Your Honor.  Thank you.

THE COURT:  Thank you.

THE DEPUTY:  This Honorable Court now stands in recess as of this matter.

(Whereupon, at 1:21 p.m., the proceedings were concluded.)

km                                                                          5

<u>C</u> <u>E</u> <u>R</u> <u>T</u> <u>I</u> <u>F</u> <u>I</u> <u>C</u> <u>A</u> <u>T</u> <u>E</u>

I certify that the foregoing is correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


_Karen Morganelli     11/1/2017_
Karen Morganelli                Date
Certified Transcriber
Certificate No.:  CET**D-577