# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

January 5, 2018

_____FILED _____ENTERED
_____LODGED _____RECEIVED

JAN    5 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

DEPUTY

David Walsh-Little, Esquire

Laura Abelson, Esquire

Re:    *United States of America v. John Doe a/k/a Cheyenne Moody Davis*
       Criminal No.: ELH-17-0054

Dear Counsel:

On January 2, 2018, I received a lengthy letter from your client. The letter is dated December 21, 2017. A copy is enclosed for your review.

Please let me know if you would like me to docket the letter.

Very truly yours,

/s/
Ellen Lipton Hollander
United States District Judge

cc:    Defendant,
        w/out enclosure
       Zachary Myers, Esquire,
        w/out enclosure
       Philip Selden, Esquire,
        w/out enclosure